36 So.2d 558

**Johnnie WALDEN, Jr., v. STATE.**

**4 Div. 514.**

Supreme Court of Alabama.

July 31, 1948.

J. A. Carnley, of Elba, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Johnnie Walden, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Walden v. State, Ala.App., 36 So.2d 556.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.